

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Josue Janniel GOMEZ,<br><br>    Defendant. | Magistrate Case No. '21 MJ3956<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Unlawful Aliens Without Presentation |

The undersigned complainant being duly sworn states:

On or about October 1, 2021, within the Southern District of California, Defendant, Josue Janniel GOMEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roxana SANCHEZ-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on October 4, 2021.

HON. ANDREW G. SCHOPLER
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Officer Sonja Velasco, declare under penalty of perjury the following to be true and correct:

The complainant states that Roxana SANCHEZ-Perez is a citizen of a country other than the United States; that said alien has admitted they are deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On October 1, 2021, at approximately 2:41 A.M, Josue Janniel GOMEZ (Defendant), a United States citizen, entered the United States from Mexico via the San Ysidro, California Port of Entry vehicle primary lanes. Defendant was the driver of a white Ford Mustang bearing California license plates 8PKH507. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented a photo of his California identification card from his cellular phone as means of identifying himself. Defendant stated he was going to work in San Diego, California with nothing to declare. During a cursory inspection of the vehicle's trunk, the CBP officer noticed modifications in the rear passenger quarter panel. Another CBP officer assisted in the inspection of the quarter panel and discovered a person concealed within. Defendant was secured; escorted to the security office and the vehicle was driven into secondary for further inspection.

In secondary, CBP Officers responded and assisted in removing one female from the vehicle's rear passenger quarter panel. The female was later identified as Roxana SANCHEZ-Perez (Material Witness) who was later determined to be a citizen and national of Mexico without lawful documents to enter, reside, or pass through the United States.

During a video-recorded interview, Material Witness stated she is a citizen and national of Mexico without documents to enter the United States. Material Witness stated she was to pay a monetary payment of $20,500 US dollars to be smuggled into the United States. Material Witness stated she was going to Anaheim, California to seek employment and education.

Probable Cause Statement Continued on page 2

1

Continuation of Probable Cause Statement

RE: Jose Janniel GOMEZ (Defendant)

At approximately 8:02 A.M. during a video-recorded interview, Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted he had knowledge of at least one person concealed in his vehicle for the purpose of entering the United States illegally. Defendant stated he was to be paid $1,500 US dollars per person he smuggled. Defendant admitted the vehicle would be given to him as a form of payment by the smuggler facilitator after four successful smuggling acts in addition to the monetary payment. Defendant stated he was given instructions to call an unknown female after crossing, who would then provide him with instructions for the drop-off location of the Material Witness.

Executed on this 1st day of October, 2021 at 6:00 P.M.

Sonja Velasco / CBP Officer

On the basis of the facts presented in the Probable Cause Statement consisting of two (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on October 1, 2021 in violation of Title 8, United States Code, Section 1324.

UNITED STATES MAGISTRATE JUDGE          **11:28 AM, Oct 2, 2021**
**Hon. ANDREW G. SCHOPLER**                            DATE / TIME

2